```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 24499
   RICHARD DINNEEN
   JANINE DINNEEN                               CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-1428     SSN XXX-XX-5601
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/29/07 and confirmed on 02/25/08.

2. The case was dismissed after confirmation, 09/18/2008.

3. The Debtor paid a total of $ 4757.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 4500.00 | 190.19 | 507.02 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 4100.00 | 173.28 | 461.96 |
| INTERNAL REVENUE SERVICE | PRIORITY | 967.02 | .00 | .00 |
| KANE COUNTY TEACHERS CU | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OLYMPUS SERVICING LP | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 22146.00 | 2077.98 | 1070.67 |
| FORD MOTOR CREDIT CO | UNSECURED | 2010.13 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 3192.98 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 139.27 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 195.94 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 30746.00 | 967.02 | 5538.32 | .00 | 37251.34 |
| PRINCIPAL PAID | 2039.65 | .00 | .00 | .00 | 2039.65 |
| INTEREST PAID | 2441.45 | .00 | .00 | .00 | 2441.45 |
| TOTAL PAID | 4481.10 | .00 | .00 | .00 | 4481.10 |

The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $   3500.00 and was paid $       .00 .

The Trustee received $    275.90 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/17/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```